

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2019

No. 04-19-00289-CR

Frank Anthony **CASTILLO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0005W
Honorable Steve Hilbig, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on July 3, 2019. Neither the brief nor a motion for extension of time to file the brief has been filed. Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court